UNITED STATED DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2017 MAR 20 AM 9:54

CLERK _JBurton_
SO. DIST. OF GA.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | 3:12CR00003-6 |
| ) | |
| JOHNNY FABIAN ) | |

## ORDER

On November 21, 2013, Johnny Fabian was sentenced by the Court to a term of imprisonment of forty-five months for the offenses of conspiracy to possess with intent to distribute and to distribute 263 grams of cocaine hydrochloride (Count 1), and possession with intent to distribute 263 grams of cocaine hydrochloride (Count 8). On January 28, 2015, the Court reduced the defendant's custodial sentence to 36 months pursuant to 18 U.S.C. § 3582(c)(2). The Court further ordered that upon release from custody, the defendant shall serve a three-year term of supervised release. The Court imposed a $1,000 fine and $200 in special assessments. The defendant was ordered to participate in a program of testing for drug and alcohol abuse, complete 40 hours community service, and submit to a search as directed by the probation officer. Additionally, the Court ordered the defendant to comply with a curfew, and not enter into any self-employment while under supervision without the approval of the probation office. The defendant commenced the term of supervised release on August 26, 2016.

The defendant was diagnosed with pancreatic cancer while serving his custodial sentence and has been receiving treatment for the disease prior to, and after his release from the custody of the U.S. Bureau of Prisons. Since his release from custody the defendant's condition has worsened. Fabian has been given a poor prognosis and is currently enrolled in hospice care.

Given the defendant's rapidly deteriorating physical condition, he is unable to work, and cannot pay his fine or complete community service. As such, it is the order of the Court that the defendant's fine be remitted and his special condition requiring the completion of 40 hours community service be rescinded.

**SO ORDERED**, this 17th day of March, 2017.

Dudley H. Bowen, Jr.
United States District Judge